IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 18 2008
1-18-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| *Plaintiff,* | |
| -vs- | Honorable George W. Lindberg, *Judge Presiding* |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, *Assigned U.S. Magistrate Judge* |
| *Defendants.* | **Civil Rights Litigation** **42 USC, Section 1983** |

## MOTION TO ISSUE SUMMONS OF THE COURT

*NOW COMES PLAINTIFF,* Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 4(b) of the Federal Rules of Civil Procedure respectfully prays that this Honorable Court will admonish the Clerk of the Court to issue the Summons of the Court. And in support of this motion and for this Honorable Court to make a reasonable decision, Plaintiff states as follows:

1. On April 9, 2007, the unrepresented Plaintiff filed *via* first class mail, the above-captioned civil rights lawsuit and tendered all of the required forms, copies and paid the required filing fee.

2. On June 4, 2007, this Court *sua sponte,* summarily and incorrectly dismissed this lawsuit *"because the Plaintiff did not get permission from the Executive Committee to file this lawsuit.*

3. On December 12, 2007, the Executive Committee of the United States District Court for the Northern District of Illinois, Eastern Division, Honorable James F. Holderman, Chief Judge Presiding granted Plaintiff's Motion for Leave to File the Above-Captioned lawsuit. See **Exhibit A**, *attached hereto and made a part hereof.*

1

4. On December 27, 2007, the Clerk of the Court re-filed this lawsuit in accordance with the Order of the Executive Committee.

5. On Monday, January 14, 2008, the Clerk of the Court refused to accept for filing the Waiver of Service of Summons executed by Defendants the Village of Hinsdale and The Hinsdale Police Department.

6. On Thursday, January 17, 2008, the Clerk of the Court refused to accept the attached two (2) originals and two (2) copies of the attached Summons of the Court as prepared by the unrepresented, *Pro Se*, Plaintiff. See **Exhibit B**, *attached hereto and made a part hereof.*

7. Rule 4(b) of the Federal Rules of Civil Procedure controls and provides the following in relevant parts:

**RULE 4. SUMMONS**

(b) Issuance. *Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in proper form, the clerk shall sign and issue to the plaintiff for service on the defendant.*

8. This case has been pending before this Honorable Court for almost a year without delays caused by the unrepresented Plaintiff and without any progress in the litigation of the same and assigning civil liability to the Defendants for their lucid violations of Plaintiff's civil rights.

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays that this Honorable Court will enter an order of Court instructing the Clerk of the Court to seal, sign and issue the Summons of the Court in the above-captioned matter. God Bless America. God Bless this Honorable Court.

*Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road – POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

## PLAINTIFF'S EXHIBIT, A

Case 1:07-cv-07232 Document 4 Filed 01/18/2008 Page 4 of 11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | Civil Action No. |
| Lamar Chapman III | ) | 02 C 6581 |
| Plaintiff, *pro se* | ) | |

### EXECUTIVE COMMITTEE ORDER

**IT APPEARING THAT** on September 17, 2002, an Executive Committee order was entered, limiting filings by Mr. Lamar Chapman III, and

**IT FURTHER APPEARING THAT** on December 5, 2007, Mr. Chapman submitted documents for filing, and

**IT FURTHER APPEARING THAT** at its December 13, 2007 meeting, the Executive Committee granted Mr. Chapman leave to file, now therefore

**IT IS HEREBY ORDERED** That Mr. Lamar Chapman III is granted leave to file his documents submitted to on December 5, 2007, and

**IT IS FURTHER ORDERED** That the Clerk shall cause a copy of this order to be mailed to Mr. Chapman at 1314 Kensington Road, P.O. Box 5232, Oak Brook, Illinois 60523-5232, the address given by Mr. Chapman in the papers submitted on December 5, 2007. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:
FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 17th day of December, 2007.

THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAMAR C. CHAPMAN III,

        Plaintiff,

v.

THE VILLAGE OF HINSDALE, ILLINOIS
a Municipal Corporation; THE
HINSDALE POLICE DEPARTMENT;
and UNKNOWN OTHERS,

        Defendants.

07CV7232
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

*Civil Rights Lawsuit*
*42 United States Code*
*Sections. 1983, 1988, et al.*

## VERIFIED COMPLAINT

Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, complains of The Village of Hinsdale, Illinois; The Hinsdale Police Department; and Unknown Others as follows:

### INTRODUCTION

This lawsuit is intended to redress the intentional and fundamental violations of Plaintiff's civil rights. It is apparent that the Defendants have "a real zeal for justice that is not in accordance with the law."

Plaintiff has been warned by a credible member of the state and federal bar association that "if he didn't stop doing what he is doing that certain federal employees would kill him." Plaintiff's constitutional rights were grossly suspended and violated for retaliatory purposes only to teach the Plaintiff a lesson or to "make an impression" on the Plaintiff. Plaintiff has been incarcerated in a maximum security institution on nothing

1

# PLAINTIFF'S EXHIBIT, B

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

         Plaintiff

-vs-

**SUMMONS IN A CIVIL CASE**

THE VILLAGE OF HINSDALE, ILLINOIS,
*an Illinois Municipal Corporation;*
THE HINSDALE POLICE DEPARTMENT;
and UNKNOWN OTHERS,

         *Defendants.*

CASE NUMBER: 1:07-cv-07232

ASSIGNED JUDGE: GEORGE W. LINDBERG

DESIGNATED MAGISTRATE JUDGE: GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

    Barbara J. Grigola, Village Clerk
    Office of the Clerk of the Village
    VILLAGE OF HINSDALE
    19 East Chicago Avenue
    Hinsdale, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                       DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       *Signature of Server*


                                         _____
                                         *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

    -vs-

THE VILLAGE OF HINSDALE, ILLINOIS,
an Illinois Municipal Corporation;
THE HINSDALE POLICE DEPARTMENT;
and UNKNOWN OTHERS,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-07232

ASSIGNED JUDGE: GEORGE W. LINDBERG

DESIGNATED MAGISTRATE JUDGE: GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

    Bradley Bloom, Chief of Police
    Hinsdale Police Department
    VILLAGE OF HINSDALE
    121 Symonds Drive
    Hinsdale, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.