IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
JAN 1 8 2008
1-18-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| *Plaintiff,* | |
| -vs- | Honorable George W. Lindberg, *Judge Presiding* |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, *Assigned U.S. Magistrate Judge* |
| | **Civil Rights Litigation** |
| *Defendants.* | **42 USC, Section 1983** |

## NOTICE OF MOTION

TO: Russell W. Hartigan, *Esq.*
Patrick H. O'Connor, *Esq.*
Michael R. Hartigan, *Esq.*
HARTIGAN & CUISINER, PC
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601

Michael W. Dobbins, Clerk
U.S. District Court, Northern District of Illinois, Eastern Division
Dirksen McKinley Federal Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

*PLEASE TAKE NOTICE*, that on Wednesday, January 23, 2008, at the hour of 9:30 a.m., or such other time as the Plaintiff shall be heard, I will appear before the Court, Honorable George W. Lindberg, Judge Presiding in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604, in the courtroom usually occupied by him in Courtroom 1425 or before such other judge who may be presiding in his place and stead, and at said time, and place shall then and there present **PLAINTIFF'S MOTION TO ISSUE SUMMONS IN THE ABOVE-CAPTIONED LAWSUIT**, *at which time and place you are invited to attend if you so see fit.*

## PROOF OF SERVICE

LAMAR C. CHAPMAN III, *Solo Fides*, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn under oath and in accordance with the penalties of perjury states that he personally served this Notice and all relevant attachments on the above-named attorneys or their designated representatives on Friday, January 18, 2008, before the hour of 5:00 PM.

*Respectfully submitted;*

_____
LAMAR C. CHAPMAN III, *Solo Fides*

1

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road · POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com