IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| *Plaintiff,* | |
| -vs- | Honorable George W. Lindberg, *Judge Presiding* |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, *Assigned U.S. Magistrate Judge* |
| | **Civil Rights Litigation** |
| *Defendants.* | **42 USC, Section 1983** |

## NOTICE OF FILING

TO: Russell W. Hartigan, Esq.
Patrick H. O'Connor, Esq.
Michael R. Hartigan, Esq.
HARTIGAN & CUISINER, PC
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601

Michael W. Dobbins, Clerk
U.S. District Court, Northern District of
Illinois, Eastern Division
Dirksen McKinley Federal Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

*PLEASE TAKE NOTICE* that on Friday, January 18, 2008, the undersigned filed with the Clerk of the Court **PLAINTIFF'S MOTION TO ISSUE SUMMONS IN THE ABOVE-CAPTIONED LAWSUIT**, *as served upon you herewith.*

## PROOF OF SERVICE

LAMAR C. CHAPMAN III, *Solo Fides*, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn under oath and in accordance with the penalties of perjury states that he personally served this Notice and all relevant attachments on the above-named attorneys or their designated representatives on Friday, January 18, 2008, before the hour of 5:00 PM.

*Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, *Solo Fides*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road – POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

1