# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KC **FILED**

JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LAMAR C. CHAPMAN III,

        *Plaintiff,*

-vs-

THE VILLAGE OF HINSDALE,
ILLINOIS, *an Illinois Municipal
Corporation*; THE HINSDALE POLICE
DEPARTMENT; and UNKNOWN
OTHERS,

        *Defendants.*

**Case Number 1:07-cv-07232**

Honorable George W. Lindberg,
*Judge Presiding*

Honorable Geraldine Soat Brown,
*Assigned U.S. Magistrate Judge*

**Civil Rights Lawsuit
42 United States Code**
Sections, 1983, 1988, *et seq.*

Previous Case Number 07-cv-2175

## MOTION TO REINSTATE ABOVE-CAPTIONED LAWSUIT

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer,

*Pro Se* and pursuant to the January 22, 2008, Order of Court and Rule 60(a) or in the

alternative Rule 60(b) of the Federal Rules of Civil Procedure, *et seq.*, respectfully moves

this Honorable Court to vacate its order terminating this case. And in support of this

motion, and for this Honorable Court to make a reasonable decision, Plaintiff respectfully

states as follows:

    1.    On April 9, 2007, the unrepresented, Non-attorney, Non-Lawyer, *Pro Se*,

Plaintiff filed the above-captioned civil rights lawsuit by sending the Clerk of the Court

*via* first class mail, the original and copies of the verified complaint, Summons and

copies, Cover Sheet, Appearance Form and check for filing fee in the amount of $350.00.

    2.    On June 4, 2007, this Honorable Court dismissed the above-captioned

lawsuit because the *Pro Se*, Plaintiff failed to get leave from the Executive Committee to

file the same.

3.   On December 12, 2007, the Executive Committee of the United States District Court for the Northern District of Illinois, Eastern Division, Honorable James F. Holderman, Chief Judge Presiding granted Plaintiff's Motion for Leave to File the above-captioned lawsuit. See, **Exhibit Group, A**, *attached hereto and made a part hereof as a true and correct copy of the Order of the Executive Committee.*

4.   On January 17, 2008, the Clerk of the Court refused to issue the Summons of the Court without an Order from this Honorable Court.

5.   On January 18, 2008, the unrepresented Plaintiff filed with the Clerk of the Court a Motion to Issue Summons of the Court and attached the completed Summons and appropriate copies for the above-named Defendants and noticed hearing for Wednesday, January 23, 2008.

6.   On January 22, 2008, this Court, Honorable George W. Lindberg, judge presiding once again, *sua sponte* and summarily dismissed the above-captioned civil rights lawsuit and denied all pending motions.

7.   The unrepresented, *Pro Se*, Plaintiff has complied with all the rules of this Honorable Court and the Executive Committee never required the Clerk of the Court to collect a second $350.00 filing fee for filing the same lawsuit. Moreover, fundamental fairness respectfully requires the filing fee already paid to be applied to the above-captioned lawsuit. To collect $700.00 for filing fees for this civil rights lawsuit would amount to a monetary sanction against the unrepresented, *Pro Se*, Plaintiff for doing nothing more than following the Order of the Executive Committee of the United States District Court for the Northern District of Illinois, Eastern Division.

8.   To dismiss the unrepresented, *Pro Se*, Plaintiff's civil rights lawsuit under these unprecedented circumstances, respectfully would warrant reconsideration. There is

2

no prejudice to any Defendant to grant this motion. However, to not allow this motion, the unrepresented, *Pro Se*, Plaintiff will suffer unwarranted prejudice.

9.    Equity respectfully requires this Honorable Court to allow the unrepresented, *Pro Se*, Plaintiff to be allowed to have his day in court. Justice respectfully requires this Honorable Court to reinstate the above-captioned lawsuit and to apply the previously paid filing fee to this lawsuit or in the alternative to allow the Plaintiff to pay the second $350.00 filing fee upon granting this motion to reinstate.

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays for the relief verily prayed for in this motion, and for such further relief that is morally and lawfully warranted. GOD BLESS AMERICA…GOD BLESS THIS HONORABLE COURT.

*Very Respectfully Submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: January 23, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

# PLAINTIFF'S EXHIBIT GROUP, A

- *April 19, 2007, Filing Fee Receipt for $350.00*
- *December 17, 2007, Order of the Executive Committee*
- *January 22, 2008, Order of this Honorable Court*



RECEIVED
APR 1 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ITED STATES DISTRICT COURT
RTHERN DISTRICT OF ILLILNOIS
EASTERN DIVISION

|  |  |
|---|---|
| | ] |
| | ] |
| | ] |
| *tiff,* | ] |
| | ] |
| LE, ILLINOIS | ] |
| *tion;* THE | ] |
| RTMENT; | ] |
| | ] |
| | ] |
| *ndants.* | ] |

07CV2175
JUDGE LINDBERG
MAG.JUDGE BROWN

*Civil Rights Lawsuit*
*42 United States Code*
*Sections, 1983, 1988, et al.*

## VERIFIED COMPLAINT

I, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, complains

Illinois; The Hinsdale Police Department; and Unknown

## INTRODUCTION

This lawsuit is intended to redress the intentional and fundamental violations of Plaintiff's civil rights. It is apparent that the Defendants have "a real zeal for justice that is not in accordance with the law."

Plaintiff has been warned by a credible member of the state and federal bar association that "if he didn't stop doing what he is doing that certain federal employees would kill him." Plaintiff's constitutional rights were grossly suspended and violated for retaliatory purposes only to teach the Plaintiff a lesson or to "make an impression" on the Plaintiff. Plaintiff has been incarcerated in a maximum security institution on nothing

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In the Matter of            )
                            )        Civil Action No.
Lamar Chapman III           )        02 C 6581
        Plaintiff, *pro se* )

### EXECUTIVE COMMITTEE ORDER

IT APPEARING THAT on September 17, 2002, an Executive Committee order was entered, limiting filings by Mr. Lamar Chapman III, and

IT FURTHER APPEARING THAT on December 5, 2007, Mr. Chapman submitted documents for filing, and

IT FURTHER APPEARING THAT at its December 13, 2007 meeting, the Executive Committee granted Mr. Chapman leave to file, now therefore

IT IS HEREBY ORDERED That Mr. Lamar Chapman III is granted leave to file his documents submitted to on December 5, 2007, and

**IT IS FURTHER ORDERED** That the Clerk shall cause a copy of this order to be mailed to Mr. Chapman at 1314 Kensington Road, P.O. Box 5232, Oak Brook, Illinois 60523-5232, the address given by Mr. Chapman in the papers submitted on December 5, 2007. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this __17th__ day of December, 2007.



OFFICE OF
CLERK OF THE U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lamar C Chapman III

                                    Plaintiff,

v.

                                            Case No.: 1:07−cv−07232
                                            Honorable George W. Lindberg

Village of Hinsdale Illinois, The, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

        MINUTE entry before Judge George W. Lindberg :Plaintiff having failed to pay the required filing fee and failed to file an application to proceed informa pauperis the action is terminated. All pending motions are denied. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov.*

BROWN, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-07232

Chapman v. Village of Hinsdale Illinois, The et al
Assigned to: Honorable George W. Lindberg
Cause: 42:1985 Civil Rights

Date Filed: 04/19/2007
Date Terminated: 01/22/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Lamar C Chapman, III**     represented by **Lamar C Chapman, III**
Alexander, Cavanaugh &
Block, LLC
1314 Kensington Road
P.O. Box 5232
Oak Brook, IL 60523-5232
(630) 881-1936
PRO SE

V.

## Defendant

**Village of Hinsdale Illinois, The**
*an Illinois Municiple Corporation*

## Defendant

**Hinsdale Police Department, The**

## Defendant

**Unknown Others**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2007 | 1 | RECEIVED Complaint and 1 copies by Lamar C Chapman, III. (gcy, ) (Entered: 12/27/2007) |
| 12/19/2007 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 12/27/2007) |
| 01/14/2008 | 3 | WAIVER OF SERVICE returned executed by The Village of Hinsdale Police Department. The Village of Hinsdale Police Department waiver sent on 5/17/07, answer due 7/16/07; Notice. (mjc, ) (Entered: 01/17/2008) |
| 01/18/2008 | 4 | MOTION by Plaintiff Lamar C Chapman, III to issue summons of the court (Exhibits). (ar, ) (Entered: 01/22/2008) |
| 01/18/2008 | 5 | NOTICE of Motion by Lamar C Chapman, III for presentment of his motion to issue summons of the court 4 before Honorable George W. Lindberg on 1/23/2008 at 09:30 AM. (ar, ) (Entered: 01/22/2008) |
| 01/18/2008 | 6 | NOTICE by Lamar C Chapman, III, regarding his motion to issue summons of the court 4. (ar, ) (Entered: 01/22/2008) |
| 01/22/2008 | 7 | MINUTE entry before Judge George W. Lindberg :Plaintiff having failed to pay the required filing fee and failed to file an application to proceed informa pauperis the action is terminated. All pending motions are denied. Mailed notice (slb, ) (Entered: 01/22/2008) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 01/22/2008 15:40:20 |

| PACER Login: | cl0914 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-07232 |
| Billable Pages: | 1 | Cost: | 0.08 |