## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7232 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Chapman vs. Village of Hinsdale | | |

**DOCKET ENTRY TEXT**

Motion hearing held on plaintiff's motion to reinstate case. Plaintiff's motion to reinstate case is granted. Civil case reinstated. Status hearing set for 2/21/2008 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SLB |
|---|---|---|