IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | |
| Plaintiff, | Case Number 1:07-cv-07232 |
| -vs- | |
| | Honorable George W. Lindberg, |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; and UNKNOWN OTHERS, | *Judge Presiding* |
| | Honorable Geraldine Soat Brown, *Assigned U.S. Magistrate Judge* |
| Defendants. | **Civil Rights Lawsuit** 42 United States Code Sections, 1983, 1988, *et seq.* |
| | Previous Case Number 07-cv-2175 |

FILED FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RENEWED MOTION TO ISSUE THE SUMMONS OF THIS COURT

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to the January 22, 2008, Order of Court and Rule 60(a) or in the alternative Rule 60(b) of the Federal Rules of Civil Procedure, *et seq.*, respectfully moves this Honorable Court to vacate its order terminating this case. And in support of this motion, and for this Honorable Court to make a reasonable decision, Plaintiff respectfully states as follows:

1. On Wednesday, January 23, 2008, this Honorable Court reinstated the above-captioned civil rights lawsuit and indicated from the bench that it would direct the Clerk of the Court to issue the Summons of the Court.

2. In entering its order this Honorable Court failed to direct the Clerk of the Court to issue its Summons. See, **Exhibit A**, *Attached hereto and made a part hereof.* See also, attached Motion to Issue the Summons of this Court.

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays for the relief verily prayed for in this motion, and for such

1

further relief that is morally and lawfully warranted. GOD BLESS AMERICA…GOD BLESS THIS HONORABLE COURT.

*Very Respectfully Submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: January 23, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

# PLAINTIFF'S EXHIBIT GROUP, A

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7232 | DATE | 1/30/2008 |
| CASE TITLE | | Chapman vs. Village of Hinsdale | |

**DOCKET ENTRY TEXT**

Motion hearing held on plaintiff's motion to reinstate case. Plaintiff's motion to reinstate case is granted. Civil case reinstated. Status hearing set for 2/21/2008 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| Plaintiff, | |
| -vs- | Honorable George W. Lindberg, Judge Presiding |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, Assigned U.S. Magistrate Judge |
| Defendants. | Civil Rights Litigation 42 USC, Section 1983 |

RECEIVED
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:  Russell W. Hartigan, Esq.
Patrick H. O'Connor, Esq.
Michael R. Hartigan, Esq.
HARTIGAN & CUISINER, PC
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601

Michael W. Dobbins, Clerk
U.S. District Court, Northern District of Illinois, Eastern Division
Dirksen McKinley Federal Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

*PLEASE TAKE NOTICE* that on Friday, January 18, 2008, the undersigned filed with the Clerk of the Court **PLAINTIFF'S MOTION TO ISSUE SUMMONS IN THE ABOVE-CAPTIONED LAWSUIT**, *as served upon you herewith.*

## PROOF OF SERVICE

LAMAR C. CHAPMAN III, *Solo Fides*, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn under oath and in accordance with the penalties of perjury states that he personally served this Notice and all relevant attachments on the above-named attorneys or their designated representatives on Friday, January 18, 2008, before the hour of 5:00 PM.

Respectfully submitted,

_____
LAMAR C. CHAPMAN III, *Solo Fides*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road – POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| Plaintiff, | |
| -vs- | Honorable George W. Lindberg, Judge Presiding |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, Assigned U.S. Magistrate Judge |
| Defendants. | Civil Rights Litigation 42 USC, Section 1983 |

## NOTICE OF MOTION

TO: Russell W. Hartigan, *Esq.*
Patrick H. O'Connor, *Esq.*
Michael R. Hartigan, *Esq.*
HARTIGAN & CUISINER, PC
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601

Michael W. Dobbins, Clerk
U.S. District Court, Northern District of Illinois, Eastern Division
Dirksen McKinley Federal Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

*PLEASE TAKE NOTICE*, that on Wednesday, January 23, 2008, at the hour of 9:30 a.m., or such other time as the Plaintiff shall be heard, I will appear before the Court, Honorable George W. Lindberg, Judge Presiding in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604, in the courtroom usually occupied by him in Courtroom 1425 or before such other judge who may be presiding in his place and stead, and at said time, and place shall then and there present **PLAINTIFF'S MOTION TO ISSUE SUMMONS IN THE ABOVE-CAPTIONED LAWSUIT**, at which time and place you are invited to attend if you so see fit.

## PROOF OF SERVICE

LAMAR C. CHAPMAN III, *Solo Fides*, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn under oath and in accordance with the penalties of perjury states that he personally served this Notice and all relevant attachments on the above-named attorneys or their designated representatives on Friday, January 18, 2008, before the hour of 5:00 PM.

*Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, *Solo Fides*

1

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road – POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| *Plaintiff,* | |
| -vs- | Honorable George W. Lindberg, *Judge Presiding* |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, *Assigned U.S. Magistrate Judge* |
| *Defendants.* | Civil Rights Litigation 42 USC, Section 1983 |

**MOTION TO ISSUE SUMMONS OF THE COURT**

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 4(b) of the Federal Rules of Civil Procedure respectfully prays that this Honorable Court will admonish the Clerk of the Court to issue the Summons of the Court. And in support of this motion and for this Honorable Court to make a reasonable decision, Plaintiff states as follows:

1. On April 9, 2007, the unrepresented Plaintiff filed *via* first class mail, the above-captioned civil rights lawsuit and tendered all of the required forms, copies and paid the required filing fee.

2. On June 4, 2007, this Court *sua sponte*, summarily and incorrectly dismissed this lawsuit *"because the Plaintiff did not get permission from the Executive Committee to file this lawsuit.*

3. On December 12, 2007, the Executive Committee of the United States District Court for the Northern District of Illinois, Eastern Division, Honorable James F. Holderman, Chief Judge Presiding granted Plaintiff's Motion for Leave to File the Above-Captioned lawsuit. See **Exhibit A**, *attached hereto and made a part hereof.*

1

4.  On December 27, 2007, the Clerk of the Court re-filed this lawsuit in accordance with the Order of the Executive Committee.

5.  On Monday, January 14, 2008, the Clerk of the Court refused to accept for filing the Waiver of Service of Summons executed by Defendants the Village of Hinsdale and The Hinsdale Police Department.

6.  On Thursday, January 17, 2008, the Clerk of the Court refused to accept the attached two (2) originals and two (2) copies of the attached Summons of the Court as prepared by the unrepresented, *Pro Se*, Plaintiff. See **Exhibit B**, *attached hereto and made a part hereof.*

7.  Rule 4(b) of the Federal Rules of Civil Procedure controls and provides the following in relevant parts:

    **RULE 4. SUMMONS**

    (b) Issuance. *Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in proper form, the clerk shall sign and issue to the plaintiff for service on the defendant.*

8.  This case has been pending before this Honorable Court for almost a year without delays caused by the unrepresented Plaintiff and without any progress in the litigation of the same and assigning civil liability to the Defendants for their lucid violations of Plaintiff's civil rights.

WHEREFORE, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays that this Honorable Court will enter an order of Court instructing the Clerk of the Court to seal, sign and issue the Summons of the Court in the above-captioned matter. God Bless America. God Bless this Honorable Court.

2

*Respectfully submitted*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road – POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

# PLAINTIFF'S EXHIBIT, A

Case 1:07-cv-07232   Document 11   Filed 02/08/2008   Page 12 of 16

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of            )
                            )       Civil Action No.
Lamar Chapman III           )       02 C 6581
    Plaintiff, *pro se*     )

### EXECUTIVE COMMITTEE ORDER

IT APPEARING THAT on September 17, 2002, an Executive Committee order was entered, limiting filings by Mr. Lamar Chapman III, and

IT FURTHER APPEARING THAT on December 5, 2007, Mr. Chapman submitted documents for filing, and

IT FURTHER APPEARING THAT at its December 13, 2007 meeting, the Executive Committee granted Mr. Chapman leave to file, now therefore

IT IS HEREBY ORDERED That Mr. Lamar Chapman III is granted leave to file his documents submitted to on December 5, 2007, and

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Mr. Chapman at 1314 Kensington Road, P.O. Box 5232, Oak Brook, Illinois 60523-5232, the address given by Mr. Chapman in the papers submitted on December 5, 2007. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:
FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 17th day of December, 2007.



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAMAR C. CHAPMAN III,

    *Plaintiff,*

v.

THE VILLAGE OF HINSDALE, ILLINOIS
a State Municipal Corporation; THE
HINSDALE POLICE DEPARTMENT;
and UNKNOWN OTHERS,

    *Defendants.*

07CV7232
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

*Civil Rights Lawsuit*
*42 United States Code*
*Sections, 1983, 1988, et al.*

## VERIFIED COMPLAINT

Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, complains of The Village of Hinsdale, Illinois; The Hinsdale Police Department; and Unknown Others as follows:

## INTRODUCTION

This lawsuit is intended to redress the intentional and fundamental violations of Plaintiff's civil rights. It is apparent that the Defendants have "a real zeal for justice that is not in accordance with the law."

Plaintiff has been warned by a credible member of the state and federal bar association that "if he didn't stop doing what he is doing that certain federal employees would kill him." Plaintiff's constitutional rights were grossly suspended and violated for retaliatory purposes only to teach the Plaintiff a lesson or to "make an impression" on the Plaintiff. Plaintiff has been incarcerated in a maximum security institution on nothing

1

# PLAINTIFF'S EXHIBIT, B

Case 1:07-cv-07232   Document 11   Filed 02/08/2008   Page 14 of 16

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

-vs-

THE VILLAGE OF HINSDALE, ILLINOIS,
an Illinois Municipal Corporation;
THE HINSDALE POLICE DEPARTMENT;
and UNKNOWN OTHERS,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-07232

ASSIGNED JUDGE: GEORGE W. LINDBERG

DESIGNATED MAGISTRATE JUDGE: GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

    Barbara J. Grigola, Village Clerk
    Office of the Clerk of the Village
    VILLAGE OF HINSDALE
    19 East Chicago Avenue
    Hinsdale, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                  DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

-vs-

THE VILLAGE OF HINSDALE, ILLINOIS,
an Illinois Municipal Corporation;
THE HINSDALE POLICE DEPARTMENT;
and UNKNOWN OTHERS,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-07232

ASSIGNED JUDGE: GEORGE W. LINDBERG

DESIGNATED MAGISTRATE JUDGE: GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

    Bradley Bloom, Chief of Police
    Hinsdale Police Department
    VILLAGE OF HINSDALE
    121 Symonds Drive
    Hinsdale, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                   DATE