IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
FEB 08 2008
Feb. 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number: 1:07 CV 07232 |
| *Plaintiff,* | |
| -vs- | Honorable George W. Lindberg, |
| | *Judge Presiding* |
| THE VILLAGE OF HINSDALE, ILLINOIS, *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT; *and* UNKNOWN OTHERS, | Honorable Geraldine Soat Brown, *Assigned U.S. Magistrate Judge* |
| | **Civil Rights Litigation** |
| *Defendants.* | 42 USC, Section 1983 |

### NOTICE OF MOTION

TO: *See Attached Service List*

*PLEASE TAKE NOTICE*, that on Wednesday, February 13, 2008, at the hour of 9:30 a.m., or such other time as the Plaintiff shall be heard, I will appear before the Court, Honorable George W. Lindberg, Judge Presiding in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604, in the courtroom usually occupied by him in Courtroom 1425 or before such other judge who may be presiding in his place and stead, and at said time, and place shall then and there present **PLAINTIFF'S RENEWED MOTION TO ISSUE THE SUMMONS OF THIS COURT**, at which time and place you are invited to attend if you so see fit.

### PROOF OF SERVICE

LAMAR C. CHAPMAN III, *Solo Fides*, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn under oath and in accordance with the penalties of perjury states that he personally served this Notice and all relevant attachments on the above-named attorneys or their designated representatives and other persons in interest by first class mail, addressed as indicated and mailed from the U.S. Postal Facility located on Dearborn and Adams Streets, Chicago, Illinois with proper postage prepaid on Friday, February 8, 2008, before the hour of 5:00 PM.

*Respectfully submitted,*

LAMAR C. CHAPMAN III, *Solo Fides*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

## **SERVICE LIST**

Honorable James F. Holderman
Chief Judge – Executive Committee
United States District Court
Northern District of Illinois – Eastern Division
Dirksen McKinley Federal Courthouse
219 South Dearborn Street
Chambers 2541
Chicago, IL 60604
*Courtesy Copy*

Honorable George W. Lindberg
Senior Judge
United States District Court for the
Northern District of Illinois – Eastern Division
Dirksen McKinley Federal Courthouse
219 South Dearborn Street
Chambers 1425
Chicago, IL 60604
*Courtesy Copy*

Michael W. Dobbins, Clerk
U.S. District Court, Northern District of
Illinois, Eastern Division
Dirksen McKinley Federal Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

Russell W. Hartigan, *Esq.*
Patrick H. O'Connor, *Esq.*
Michael R. Hartigan, *Esq.*
HARTIGAN & CUISINER, PC
222 North LaSalle Street, Suite 2150
Chicago, Illinois 60601