## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7232 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Lamar C. Chapman, III vs. The Village of Hinsdale, Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Hearing reset to 2/21/2008 at 9:30a.m. on plaintiff's renewed motion to issue the summons of this court (11). No court appearance required on 2/13/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|