## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Lamar C Chapman III

                         Plaintiff,

v.                                      Case No.: 1:07−cv−07232
                                          Honorable George W. Lindberg

Village of Hinsdale Illinois, The, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

       MINUTE entry before Judge George W. Lindberg : Status hearing held and continued to 2/27/2008 at 9:30a.m. RENEWED MOTION by plaintiff Lamar C Chapman, III to issue the summons of this court is granted.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.