**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>LAMAR C. CHAPMAN, III v. THE VILLAGE OF HINSDALE, et al. | Case Number: 07 CV 7232 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE VILLAGE OF HINSDALE, a Municipal Corporation, and THE HINSDALE POLICE DEPARTMENT

| | |
|---|---|
| NAME (Type or print)<br>Patrick H. O'Connor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patrick H. O'Connor | |
| FIRM<br>HARTIGAN & CUISINIER P.C. | |
| STREET ADDRESS<br>222 N. LaSalle St., Suite 2150 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06207351 | TELEPHONE NUMBER<br>312/201-8880 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐