07-30-4778                                                                           ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 CV 7232 |
| ) | |
| THE VILLAGE OF HINSDALE, ILLINOIS ) | Judge Lindberg |
| an Illinois Municipal Corporation, ) | Magistrate Judge Brown |
| THE HINSDALE POLICE DEPARTMENT, ) | |
| and UNKNOWN OTHERS, ) | |
| ) | |
| Defendants. ) | |

## JURY DEMAND

The undersigned, as Attorney for the Defendants, THE VILLAGE OF HINSDALE, ILLINOIS, an Illinois Municipal Corporation, and THE HINSDALE POLICE DEPARTMENT, demands trial by jury.

/s/Patrick H. O'Connor _____
Attorney for Defendant(s), the Village of Hinsdale, Illinois, an Illinois Municipal Corporation, and the Hinsdale Police Department

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/Patrick H. O'Connor _____
Attorney for Defendant(s)

Michael W. Dobbins, Clerk of the U.S. District Court, Northern District