07-30-4778                                                                        ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN, III, )<br>      Plaintiff, )<br>  v. )<br>THE VILLAGE OF HINSDALE, ILLINOIS )<br>an Illinois Municipal Corporation, )<br>THE HINSDALE POLICE DEPARTMENT, )<br>and UNKNOWN OTHERS, )<br>      Defendants. ) | No.   07 CV 7232<br>Judge Lindberg<br>Magistrate Judge Brown |

### NOTICE OF FILING

TO:   Lamar C. Chapman, III, *Solo Fides*, Alexander, Cavanaugh & Block, LLC, 1314 Kensington Road, P.O. Box 5232, Oak Brook, IL 60523-5232

PLEASE TAKE NOTICE that on this 6th day of March, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our APPEARANCE, JURY DEMAND and WAIVER OF SERVICE OF SUMMONS on behalf of Defendants Village of Hinsdale and Village of Hinsdale Police Dept., copies of which are attached hereto and served upon you.

/s/Patrick H. O'Connor

### PROOF OF SERVICE BY ELECTRONIC MAIL AND VIA U.S. MAIL

The undersigned, a non-attorney, on oath states that s/he served this notice, together with a copy of the motion therein referred to, upon each party to whom it is directed, via electronic mail, and by mailing same in properly addressed, postage paid envelopes and depositing same in the U.S. Mail chute at 222 North LaSalle Street, Chicago, Illinois at or about 5:00 p.m. on this on this 6th day of March, 2008.

/s/Patrick H. O'Connor

SUBSCRIBED and SWORN to before me this 6th day of March, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601, (312) 201-8880