07-30-4778                                                                                    ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LAMAR C. CHAPMAN, III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 CV 7232 |
| ) | |
| **THE VILLAGE OF HINSDALE, ILLINOIS** ) | Judge Lindberg |
| an Illinois Municipal Corporation, ) | Magistrate Judge Brown |
| **THE HINSDALE POLICE DEPARTMENT,** ) | |
| and **UNKNOWN OTHERS,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:    Lamar C. Chapman, III, *Solo Fides*, Alexander, Cavanaugh & Block, LLC, 1314 Kensington Road, P.O. Box 5232, Oak Brook, IL 60523-5232

On the 19th day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg, or any judge sitting in his/her stead, in the Courtroom usually occupied by him/her in Room 1425 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present our **DEFENDANTS' MOTION TO DISMISS.**

/s/Patrick H. O'Connor

**PROOF OF SERVICE BY ELECTRONIC MAIL AND VIA U.S. MAIL**

The undersigned, a non-attorney, on oath states that s/he served this notice, together with a copy of the motion therein referred to, upon each party to whom it is directed, via electronic mail, and by mailing same in properly addressed, postage paid envelopes and depositing same in the U.S. Mail chute at 222 North LaSalle Street, Chicago, Illinois at or about 5:00 p.m. on this on this 7th day of March, 2008.

/s/Patrick H. O'Connor

SUBSCRIBED AND SWORN to before me this 7th day of March, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & CUISINIER P.C.
222 N. LaSalle Street, Suite 2150
Chicago, Illinois 60601
(312) 201-8880