## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Lamar C Chapman III

                          Plaintiff,

v.                                                   Case No.: 1:07−cv−07232
                                                    Honorable George W. Lindberg

Village of Hinsdale Illinois, The, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: Status hearing held and continued to 4/30/2008 at 9:30a.m. Leave of court is given to the plaintiff to file an amended complaint on or before 3/24/2008. Answer to the amended complaint to be filed on or before 4/18/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.