IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAMAR C. CHAPMAN III, | |
| *Plaintiff,* | CASE NUMBER: 07-CV-7232 |
| -vs- | |
| | Honorable George W. Lindberg |
| THE VILLAGE OF HINSDALE, | *Senior U.S. District Judge Presiding* |
| ILLINOIS *an Illinois Municipal* | |
| *Corporation*; THE HINSDALE POLICE | Honorable Geraldine Soat Brown |
| DEPARTMENT, and UNKNOWN | *Magistrate Judge* |
| OTHERS, | |
| *Defendants.* | |

### MOTION FOR LEAVE TO VOLUNTAILY DISMISS DEFENDANT HINSDALE POLICE DEPARTMENT

*NOW COMES PLAINTIFF*, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure respectfully moves this Honorable Court to allow the unrepresented Plaintiff voluntarily dismiss The Village of Hinsdale Police Department in the above-captioned matter and for this Honorable Court to make a reasonable decision, states as follows:

1. On Wednesday, March 19, 2008, this Honorable Court generously granted the unrepresented Plaintiff's oral motion for leave to file a First Amended Complaint within five (5) days on Monday, March 24, 2008.

2. On Thursday, March 27, 2008, the unrepresented Plaintiff filed with the Clerk of the Court his First Amended Complaint, and filed a Motion for Leave to File *Instanter*.

3. The unrepresented, *Pro Se*, Plaintiff has found that his lawsuit naming The Village of Hinsdale Police Department may have been in lawful error.

4. Therefore, Plaintiff seeks leave to voluntarily dismiss the same.

2

5. In accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves to voluntarily dismiss The Village of Hinsdale Police Department as a Defendant from the above-captioned lawsuit.

*WHEREFORE*, Plaintiff, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se*, respectfully prays that this Honorable Court will allow for the voluntary dismissal of The Village of Hinsdale Police Department and for such additional relief that is morally and lawfully warranted. GOD BLESS THIS HONORABLE COURT.

*Very Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: March 31, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHPMAN, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

3