IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAMAR C. CHAPMAN III, | ] | |
| | ] | |
| Plaintiff, | ] | CASE NUMBER: 07-CV-7232 |
| -vs- | ] | |
| | ] | Honorable George W. Lindberg |
| THE VILLAGE OF HINSDALE, | ] | Senior U.S. District Judge Presiding |
| ILLINOIS an Illinois Municipal | ] | |
| Corporation; THE HINSDALE POLICE | ] | Honorable Geraldine Soat Brown |
| DEPARTMENT, and UNKNOWN | ] | Magistrate Judge |
| OTHERS, | ] | |
| Defendants. | ] | |

## NOTICE OF MOTION

TO: Russell W. Hartigan, *Esq.*
Patrick H. O'Connor, *Esq.*
Michael R. Hartigan, *Esq.*
HARTIGAN & CUISINIER, P. C.
222 North LaSalle Street, Suite 2150
Chicago, IL 60601, (312) 201-8880

**FILED**

MAR 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*PLEASE TAKE NOTICE*, that on Wednesday, May 14, 2008, at the hour of 9:30 AM, or such other time as Plaintiff may be heard, I shall appear before the court, Honorable George W. Lindberg, Senior U.S. District Judge presiding, or before such other judge who may be presiding in his place and stead in the United States District Court for the Northern District of Illinois, Eastern Division, in the courtroom usually occupied by him in courtroom, 1425, and shall then and there present **PLAINTIFF'S MOTION FOR LEAVE TO VOLUNTARILY DISMISS DEFENDANT THE VILLAGE OF HINSDALE POLICE DEPARTMENT** *at which time and place you are invited to attend if you so see fit.*

## PROOF OF SERVICE

Lamar C. Chapman III, the Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, under oath and in consideration of the penalties of perjury states that he caused this Notice and all relevant attachments to be served on the above-named parties by Executive Messenger Service at the address listed herein on Monday, March 31, 2008, before the hour of 5:00 PM.

LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHPMAN, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com