07-30-4778                                                                                    ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LAMAR C. CHAPMAN, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.   07 CV 7232 |
| ) | |
| **THE VILLAGE OF HINSDALE, ILLINOIS** ) | Judge Lindberg |
| **an Illinois Municipal Corporation,** ) | Magistrate Judge Brown |
| **THE HINSDALE POLICE DEPARTMENT,** ) | |
| **and UNKNOWN OTHERS,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE, that the law firm of HARTIGAN & CUISINIER P.C. will now be known as HARTIGAN & O'CONNOR P.C. effective April 1, 2008. The address, facsimile number and phone number remain the same.

                                                            Respectfully submitted,


                                                            /s/Russell W. Hartigan


Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & O'CONNOR P.C.
222 N. LaSalle Street, Suite 2140
Chicago, Illinois 60601
(312) 201-8880

7-30-4778                                                                  ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LAMAR C. CHAPMAN, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | No.   07 CV 7232 |
| ) | |
| **THE VILLAGE OF HINSDALE, ILLINOIS** ) | Judge Lindberg |
| an Illinois Municipal Corporation, ) | Magistrate Judge Brown |
| **THE HINSDALE POLICE DEPARTMENT,** ) | |
| and **UNKNOWN OTHERS,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING

TO:   Lamar C. Chapman, III, *Solo Fides*, Alexander, Cavanaugh & Block, LLC, 1314 Kensington Road, P.O. Box 5232, Oak Brook, IL 60523-5232

PLEASE TAKE NOTICE that on this 25TH day of April, 2008, we have caused to be filed with the Clerk of the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, NOTICE OF CHANGE OF FIRM NAME, a copy of which is attached hereto and served upon you together with this Notice.

/s/Russell W. Hartigan

### PROOF OF SERVICE BY ELECTRONIC MAIL AND/OR VIA U.S. MAIL

The undersigned, on oath states that he served this Notice, together with a copy of the Motion therein referred to, upon each party to whom it is directed, via electronic mail and/or by mailing same in properly addressed, postage paid envelopes and depositing same in the U.S. Mail chute at 222 North LaSalle Street, Chicago, Illinois at or about 5:00 p.m. on this on this 25th day of April, 2008.

/s/Russell W. Hartigan

[x]   Under penalties as provided by law pursuant to Ill.Rev.Stat. Chap. 110 Sec. 1-109, I certify that the statements set forth herein are true and correct.

/s/Russell W. Hartigan

Russell W. Hartigan
Patrick H. O'Connor
HARTIGAN & O'CONNOR P.C.
222 N. LaSalle Street, Suite 2140
Chicago, Illinois 60601
(312) 201-8880