## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7232 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Chapman vs. Village of Hinsdale Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for leave to file first amended complaint (27) instanter is granted. Plaintiff's motion for leave to voluntarily dismiss Hinsdale Police Department (29) is granted. Plaintiff's request to dismiss Unknown others is granted. Defendants' answer to the amended complaint to be filed on or before 5/5/2008. Defendants' motion to dismiss due 5/5/2008. Plaintiff's response to the motion(s) to dismiss due 5/19/2008. Reply due 5/26/2008. Ruling set for 6/25/2008 at 9:30a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SLB |
|---|---|---|