

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | ] |
| | ] |
| *Plaintiff,* | ] CASE NUMBER: 07-CV-7232 |
| -vs- | ] |
| | ] Honorable George W. Lindberg |
| THE VILLAGE OF HINSDALE, | ] *Senior U.S. District Judge Presiding* |
| ILLINOIS *an Illinois Municipal* | ] |
| *Corporation*; THE HINSDALE POLICE | ] Honorable Geraldine Soat Brown |
| DEPARTMENT, and UNKNOWN | ] *Magistrate Judge* |
| OTHERS, | ] |
| *Defendants.* | ] |

**MOTION FOR EXTENSION OF TIME
TO SERVE SUMMONS**
*Or in the Alternative*
**MOTION TO ACCEPT DEFENDANTS'
OPEN-COURT WAIVER OF SERVICE OF SUMMONS**

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure respectfully moves this Honorable Court to allow the unrepresented Plaintiff a modest extension of time to serve the newly identified Defendants in the above-captioned matter or in the alternative, to accept Defendants' Open-Court Waiver of Service of Summons and for this Honorable Court to make a reasonable decision, Plaintiff states as follows:

1. On Wednesday, March 19, 2008, this Honorable Court generously granted the unrepresented Plaintiff's oral motion for leave to file a First Amended Complaint within five (5) days on Monday, March 24, 2008.

2. Also on Wednesday, March 19, 2008, Counsel for the Defendants in open-court made the representation to the Honorable George W. Lindburg, judge presiding that Defendant Lawrence Bloom; Defendant Kevin Simpson; and Defendant Charles Leuver waive service of summons in the above-captioned matter. *See Report of Proceedings by reference made a part hereof.*

1

3. On March 31, 2008, the unrepresented, *Pro Se*, Plaintiff sent by Executive Messenger and facsimile delivery the required forms for the Waiver of Summons to the Office of Counsel for the Defendants. See **Exhibit A**, *attached hereto and made a part hereof.*

4. On April 30, 2008, Counsel for the Defendants represented to the unrepresented Plaintiff in Court that he intended to execute the Waiver of Summons Forms once Judge Lindberg actually granted Plaintiff's Motion for Leave to File the First Amended Complaint.

5. Also, on April 30, 2008, this Court granted the unrepresented Plaintiff leave to file his First Amended Complaint, *instanter* and on May 5, 2008, Counsel for the Defendants filed with the Clerk of the Court his renewed Motion to Dismiss, yet failed to execute the Waiver of Service of Summons forms or to file the same with the Clerk of the Court.

6. All parties are clear that the expiration for service of summons is May 30, 2008. And unless Waiver of Summons is timely effectuated or Service of Summons is timely effectuated Defendants Bloom, Simpson and Leuver will be unduly dismissed on an intended or created legal technically of Defendants or their Counsel.

7. Considering the foregoing, to accept Counsel for the Defendants' verbal representation of waiver of service of summons or to allow a modest twenty-eight (28) day extension of time to serve Defendants Bloom, Simpson and Leuver is morally warranted and would not prejudice any party to these proceedings. Moreover, the unrepresented Plaintiff has followed all the Rules of this Honorable Court and has exercised urgency and due diligence in this matter.

**WHEREFORE**, Plaintiff, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se*, respectfully prays that this Honorable Court will grant this motion and such

2

additional relief that is morally and lawfully warranted. GOD BLESS THIS HONORABLE COURT.

*Very Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: May 8, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHPMAN, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

**PLAINTIFF'S EXHIBIT GROUP, A**

# CHAPMAN



1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

---

March 31, 2008

**EXECUTIVE MESSENGER**

Russell W. Hartigan, Esq.
Patrick H. O'Connor, Esq.
Michael R. Hartigan, Esq.
HARTIGAN & CUISINIER, P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL 60601

> RE:   Chapman vs. The Village of Hinsdale, et al.,
>       Case Number 07-cv-7232
>       Honorable George W. Lindberg, Judge Presiding

Dear Mr. O'Connor:

Please find enclosed, prepared Waivers for Service of Summons for Defendants Lawrence Bloom, Kevin Simpson, and Charles Leuver. I have also enclosed a file-stamped copy of the undersigned's Motion for Leave to Voluntarily Dismiss Defendant The Village of Hinsdale Police Department.

Mr. O'Connor, please advise if you have questions, comment, input or other concern. Thank you for your time, effort and professional consideration.

Very truly yours,

COPY

LAMAR C. CHAPMAN III, *Solo Fides*

LCIII:dv
Enclosures – as stated

# CHAPMAN

♦

1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

---

*May 7, 2008*

**FACSIMILE DELIVERY**

Russell W. Hartigan, Esq.
Patrick H. O'Connor, Esq.
Michael R. Hartigan, Esq.
HARTIGAN & O'CONNOR, P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL 60601

        **RE:**    **Chapman vs. The Village of Hinsdale,** *et al.*,
              **Case Number 07-cv-7232**
              **Honorable George W. Lindberg, Judge Presiding**

Dear Mr. O'Connor:

    On or about March 27, 2008, you represented to the Honorable George W. Lindberg, in open-court that you intended to Waive Service of Summons in the above-captioned matter for Defendants Lawrence Bloom, Kevin Simpson and Charles Leuver. As a result of your representation, on March 31, 2008, I sent to your office *via* Executive Messenger delivery and first class mail Waivers for Service of Summons for said Defendants. Moreover, you indicated to me in Court on April 30, 2008, that you intended to forward the executed waivers over to the undersigned once Judge Lindberg granted my Motion for Leave to File the First Amended Complaint. A cursory review of the Clerk's Docket this morning indicates that you filed your Motion to Dismiss on Monday, May 5, 2008, without filing any of the Waivers for Service of Summons.

    Mr. O'Connor, please advise if you still intend to execute the Waivers for Service of Summons in this matter. I respectfully request to hear from your office before the close of business on Thursday, May 8, 2008. Thank you for your time, effort and professional consideration.

                                *Very truly yours,*



                            LAMAR C. CHAPMAN III, *Solo Fides*

LCIII:dv
Enclosures – *as stated*

Facsimile Delivery Number (312) 201-8905 – Two Pages w/o a Cover Page