07-30-4778                                                                                    ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 CV 7232 |
| ) | |
| THE VILLAGE OF HINSDALE, ILLINOIS ) | Judge Lindberg |
| an Illinois Municipal Corporation, ) | Magistrate Judge Brown |
| THE HINSDALE POLICE DEPARTMENT, ) | |
| and UNKNOWN OTHERS, ) | |
| ) | |
| Defendants. ) | |

## JURY DEMAND

The undersigned, as Attorney for the Defendants, KEVIN SIMPSON, CHARLES LEUVER, and BRADLEY BLOOM, incorrectly sued as Lawrence Bloom, demands trial by jury.

/s/Russell W. Hartigan _____
Attorney for Defendant(s), the Village of Hinsdale, Illinois, an Illinois Municipal Corporation, the Hinsdale Police Department, Kevin Simpson, Bradley Bloom and Charles Leuver

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/Russell W. Hartigan _____
Attorney for Defendant(s)

Michael W. Dobbins, Clerk of the U.S. District Court, Northern District