## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Lamar C Chapman III
                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−07232
                                                        Honorable George W. Lindberg

Village of Hinsdale Illinois, The, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

    MINUTE entry before Judge Honorable George W. Lindberg: MOTION by Plaintiff Lamar C Chapman, III for extension of time to serve summons, or in the alternative MOTION to accept defendants' open−court waiver of service of summons is withdrawn.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.