

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS**

**SUMMONS IN A CIVIL CASE**

LAMAR C. CHAPMAN III,

*Plaintiff,*

CASE NUMBER: 07-CV-7232

V.

ASSIGNED JUDGE: **Judge George W. Lindberg**

THE VILLAGE OF HINSDALE,
ILLINOIS, *an Illinois Municipal
Corporation*; THE HINSDALE POLICE
DEPARTMENT; and UNKNOWN
OTHERS,

DESIGNATED   **Judge Geraldine Soat Brown**
MAGISTRATE JUDGE:

(Name and address of Defendant)

*Defendants.*

Diane Heath – Office of the Inspector General
United States Treasury Department
Internal Revenue Service for Tax Administrative
230 South Dearborn Street, Suite 3280
Chicago, IL 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lamar C. Chapman III
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 2 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

FILED
MAY 14 2008 RC
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07-CV-7232
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( X ) Summons & Complaint
- (   ) Citation to Discover Assets
- (   ) Rule to Show Cause
- (   ) Subpoena
- (   ) Other:

1. ( X ) By leaving a copy with the named party, **Diane Heath - Office of the Inspector General** personally on **May 8, 2008**.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **African American**     APPROXIMATE AGE: **45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **200 W. Adams, Suite 450, Chicago, IL 60606**
TIME OF DAY: **4:25 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 9th day of **May 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/19/11