IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | |
| Plaintiff, | CASE NUMBER: 07-CV-7232 |
| -vs- | |
| | Honorable George W. Lindberg |
| THE VILLAGE OF HINSDALE, | *Senior U.S. District Judge Presiding* |
| ILLINOIS *an Illinois Municipal* | |
| *Corporation*; THE HINSDALE POLICE | Honorable Geraldine Soat Brown |
| DEPARTMENT, and UNKNOWN | *Magistrate Judge* |
| OTHERS, | |
| Defendants. | |

**MOTION FOR CONSOLIDATED BRIEFING
OR IN THE ALTERNATIVE
MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANTS' MOTION TO DISMISS *INSTANTER***

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure respectfully moves this Honorable Court to allow the unrepresented Plaintiff to consolidate a single brief for his response to Defendants' Motion to Dismiss in the above-captioned matter and for this Honorable Court to make a reasonable decision, Plaintiff states as follows:

1.  On Monday, May 5, 2008, Defendants The Village of Hinsdale and The Hinsdale Police Department filed their Motion to Dismiss in the above-captioned matter and this Honorable Court entered its order for a Response to be filed on May 19, 2008.

2.  On May 15, 2008, Counsel for the Defendants Simpson, Leuver and Bloom filed a Motion to Adopt Defendant the Village of Hinsdale Motion to Dismiss and scheduled the motion for hearing on May 21, 2008.

3.  On May 16, 2008, this Honorable Court granted Defendants' motion to adopt without hearing or requiring a court appearance. See **Exhibit A**, *attached hereto and made a part hereof as a true and correct copy of the Order of Court*

2

4. The April 30, 2008, Order of Court requires the unrepresented Plaintiff to respond "to the motion(s) to dismiss on May 19, 2008." *See Court Order attached hereto as* **Exhibit A**.

5. No other briefing schedule or provisions have been set by this Honorable Court and it would be impossible for the unrepresented Plaintiff to brief Defendants' Simpson, Bloom and Leuver's adopted motion to dismiss within four (4) days or the May 19, 2008, time set by Order of this Court.

6. Since all of the Hinsdale Defendants have adopted the very same argument, it would be respectfully practical for the unrepresented Plaintiff to file one response and one memorandum in support of his response to include all of the Hinsdale Defendants.

*WHEREFORE*, Plaintiff, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se*, respectfully prays that this Honorable Court will allow for the consolidated response and memorandum for all of the Hinsdale Defendants to be filed *instanter* or in the alternative on Wednesday, May 28, 2008, and for such additional relief that is morally and lawfully warranted. God Bless America. God Bless This Honorable Court.

*Very Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: May 19, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHPMAN, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

3

# PLAINTIFF'S EXHIBIT GROUP, A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Lamar C Chapman III

                Plaintiff,

v.

Village of Hinsdale Illinois, The, et al.

                Defendant.

Case No.: 1:07–cv–07232
Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

    MINUTE entry before the Honorable George W. Lindberg: Defendants Simpson, Leuver and Bloom motion to adopt motion to dismiss of defendant Village of Hinsdale [48] is granted. The motion to dismiss [23] is moot. No court appearance required on 5/21/2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.

Case 1:07-cv-07232    Document 32    Filed 04/30/2008    Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7232 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Chapman vs. Village of Hinsdale Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for leave to file first amended complaint (27) instanter is granted. Plaintiff's motion for leave to voluntarily dismiss Hinsdale Police Department (29) is granted. Plaintiff's request to dismiss Unknown others is granted. Defendants' answer to the amended complaint to be filed on or before 5/5/2008. Defendants' motion to dismiss due 5/5/2008. Plaintiff's response to the motion(s) to dismiss due 5/19/2008. Reply due 5/26/2008. Ruling set for 6/25/2008 at 9:30a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

07C7232 Chapman vs. Village of Hinsdale Illinois, et al.    Page 1 of 1