## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7232 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Lamar C. Chapman III vs. The Village of Hinsdale, Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for consolidated briefing or in the alternative motion for leave to file response to motion to dismiss instanter [52] is granted in part. There is a single motion to dismiss the first amended complaint pending, which was filed by the defendants in the case at the time of its filing and adopted by defendants who have entered the case subsequently. It was and is the court's intention that plaintiff file a single response to that motion to dismiss. Plaintiff is granted leave to serve and file his response to the motion to dismiss on or before 5/27/2008. Defendants' reply is due 6/3/2008. No court appearance is required on 5/28/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|