UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 7232 |
| v. ) | |
| THE VILLAGE OF HINSDALE, ILLINOIS ) | |
| an Illinois Municipal Corporation; THE ) | |
| HINSDALE POLICE DEPARTMENT, and ) | Judge Lindberg |
| UNKNOWN OTHERS, ) | |
| ) | |
| Defendants. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 3, 2008, to the following non-ECF filers:

    Lamar C. Chapman III
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, Illinois 60523-5232

                                        By:  s/ Jonathan C. Haile
                                                JONATHAN C. HAILE
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 886-2055
                                                jonathan.haile@usdoj.gov