MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-7232

V.

ASSIGNED JUDGE: Judge George W. Lindberg

THE VILLAGE OF HINSDALE, ILLINOIS, an Illinois Municipal Corporation; THE HINSDALE POLICE DEPARTMENT; and UNKNOWN OTHERS,

DESIGNATED MAGISTRATE JUDGE: Judge Geraldine Soat Brown

TO: (Name and address of Defendant)

Defendants.

Diane Heath c/o United States Attorney General *via* Certified Mail
United States Attorney – Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lamar C. Chapman III
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
               Date               *Signature of Server*

                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO. 07-CV-7232
AFFIDAVIT OF SPECIAL PROCESS SERVER

Justin Turner, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

(X) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( ) Other:

FILED
5-30-2008
MAY 30 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.   (X) By leaving a copy with the named party, **Diane Heath - Office of the Inspector General** personally on **May 8, 2008**.

2.   ( ) On the within named party, ——, by leaving a copy with ——, ——, who states that they are a member of the household on ——, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on ——.

3.   ( ) On the within party, —— by leaving a copy with ——, on ——, and informed that person of the contents thereof.

4.   (X) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **African American**     APPROXIMATE AGE: **45**

5.   (X) That the place where and the time of day when the documents were served were as follows:

PLACE: **200 W. Adams, Suite 450, Chicago, IL 60606**
TIME OF DAY: **4:25 PM**

6.   ( ) That he was unable to serve the within named party —— located at ——— for the reason: ——

Signed and Sworn to before me
This 9th day of May, 2008.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_<br>B. Received by (Printed Name)   C. Date of Delivery 05-6-2008 |
| 1. Article Addressed to:<br>Diane Heath<br>c/o United States Attorney General<br>United States Attorney – Civil Process Clerk<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0000 0041 0018 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Diane Heath<br>c/o U. S. Attorney, Northern District - Illinois<br>Civil Process Clerk<br>219 South Dearborn Street, 5th Floor<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7008 0500 0000 2841 0825 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |