07-30-4778                                                              ARDC No. 01144642

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAMAR C. CHAPMAN, III, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No.   07 CV 7232 |
| THE VILLAGE OF HINSDALE, ILLINOIS | ) | Judge Lindberg |
| an Illinois Municipal Corporation, | ) | Magistrate Judge Brown |
| THE HINSDALE POLICE DEPARTMENT, | ) | |
| and UNKNOWN OTHERS, | ) | |
|     Defendants. | ) | |

## NOTICE OF FILING

TO:   All Attorneys of Record (see attached Service List)

    PLEASE TAKE NOTICE that on this 3rd day of June  , 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, copies of which are attached hereto and served upon you.

                                                        /s/Patrick H. O'Connor_____

### PROOF OF SERVICE BY ELECTRONIC MAIL AND VIA U.S. MAIL

    <u>The undersigned</u>, a non-attorney, on oath states that s/he served this notice, together with a copy of the motion therein referred to, upon each party to whom it is directed, via electronic mail, and by mailing same in properly addressed, postage paid envelopes and depositing same in the U.S. Mail chute at 222 North LaSalle Street, Chicago, Illinois at or about 5:00 p.m. on this on this 3rd day of June, 2008.

                                                        /s/Patrick H. O'Connor_____

SUBSCRIBED and SWORN to before me this 3rd   day of June, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880

07-30-4778

**SERVICE LIST**

Lamar C. Chapman, III (pro se) v. Village of Hinsdale,
Hinsdale Police Dept., and Unknown Others
USDC No.: 07 CV 7232
Our File No.:07-30-4778
Date of Loss: 2/4/05 - 4/18/05

Pro Se Plaintiff
Lamar C. Chapman, III, *Solo Fides*
c/o Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
P.O. Box 5232
Oak Brook, IL 60523-5232
Email lasallecompanies@aol.com (not on electronic service list)

Attorney for Defendant  Diane Heath
Jonathon Haile
U.S. ATTORNEYcS OFFICE
219 S. Dearborn, Suite 500
Chicago, IL 60604
Tel.    312/886-2055
Fax:   312/886-4073
Email   jonathan.haile@usdoj.gov

Attorney for Defendants Hinsdale, Simpson, Leuver and Bloom
Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
222 N. LaSalle St., Suite 2150
Chicago, IL 60601
Tel.    312/201-8880
Fax:   312/201-8905
Email: rwhartigan@hartiganlaw.com
           Patoconnor@hartiganlaw.com
           Mhartigan@hartiganlaw.com