**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lamar C Chapman III

                      Plaintiff,

v.                                                                  Case No.: 1:07−cv−07232
                                                                 Honorable George W. Lindberg

Village of Hinsdale Illinois, The, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable George W. Lindberg:MOTION by plaintiff Lamar C. Chapman, III for reconsideration of the court's 6/23/08 order of dismissal will be ruled on by mail. No court appearance is required on 7/16/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.