IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | |
| Plaintiff, | CASE NUMBER: 07-CV-7232 |
| -vs- | |
| | Honorable George W. Lindberg |
| THE VILLAGE OF HINSDALE, ILLINOIS *an Illinois Municipal Corporation*; THE HINSDALE POLICE DEPARTMENT, and UNKNOWN OTHERS, | *Senior U.S. District Judge Presiding* |
| | Honorable Geraldine Soat Brown *Magistrate Judge* |
| Defendants. | |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

*NOTICE IS HEREBY GIVEN* that Lamar C. Chapman III, *Solo Fides*, Non-Attorney, Non-Lawyer, Appellant, *Pro Se*, hereby appeals to the United States Court of Appeals, for the Seventh Circuit from the final orders of the United States District Court, For the Northern District of Illinois, entered in the above-captioned matter on June 23, 2008, and July 25, 2008.

An appeal is further taken from any and all other matters, findings of the District Court and issues consistent with this Notice of Appeal.

### JURISDICTIONAL STATEMENT

Appellant Lamar C. Chapman III, *Solo Fides*, Non-Attorney, Non-Lawyer, *Pro Se* pursuant to Local Circuit Rule 3 (c) of the United States Court of Appeals for the Seventh Circuit makes the following jurisdictional statement:

On June 23, 2008, a final order of the United States District Court for the Northern District of Illinois, Eastern Division was entered by the Honorable George W.

Lindberg, dismissing the *Pro Se*, Plaintiff's civil rights lawsuit, filed as authorized pursuant to 42 U.S.C., Section 1983.

On July 25, 2008, the district court denied without notice to the Plaintiff, Plaintiff's Federal Rule of Civil Procedure, Rule 59, Motion for Reconsideration.

On Thursday, August 7, 2008, a Notice of Appeal was duly filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division conferring jurisdiction upon the United States Court of Appeals for the Seventh Circuit in accordance to 28 U.S.C., Section 158(a) and (d).

*Very Respectfully Submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff/Appellant, *Pro Se*

**DATED: August 7, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, Appellant, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone Number (630) 881-1936
Email: lasallecompanies@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 0 7 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LAMAR C. CHAPMAN III, ] | |
| ] | |
| *Plaintiff,* ] | CASE NUMBER: 07-CV-7232 |
| -vs- ] | |
| ] | Honorable George W. Lindberg |
| THE VILLAGE OF HINSDALE, ] | *Senior U.S. District Judge Presiding* |
| ILLINOIS *an Illinois Municipal* ] | |
| *Corporation*; THE HINSDALE POLICE ] | Honorable Geraldine Soat Brown |
| DEPARTMENT, and UNKNOWN ] | *Magistrate Judge* |
| OTHERS, ] | |
| *Defendants.* ] | |

### NOTICE OF FILING

TO: Russell W. Hartigan, *Esq.*
Patrick H. O'Connor, *Esq.*
Michael R. Hartigan, *Esq.*
HARTIGAN & O'CONNOR P. C.
20 North Clark Street
Chicago, IL 60601, (312) 201-8880

*PLEASE TAKE NOTICE*, that on Thursday, August 7, 2008, pursuant to the Order of Court the undersigned filed with Leave of the Court **PLAINTIFF'S NOTICE OF APPEAL**, *as served upon you in the above-captioned matter.*

### PROOF OF SERVICE

Lamar C. Chapman III, the Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, under oath and in consideration of the penalties of perjury states that he caused this Notice and all relevant attachments to be served on the above-named parties by first class mail at the address listed herein with postage prepaid and mailed from the United States Postal Facility located at Adams and Dearborn Streets, Chicago, Illinois on Thursday, August 7, 2008, before the hour of 5:00 PM.

LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHPMAN, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com