FILED
AUGUST 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 8, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3020
>
> Caption:
> LAMAR C. CHAPMAN, III,
> Plaintiff - Appellant
>
> v.
>
> VILLAGE OF HINSDALE, ILLINOIS, an Illinois Municipal Corporation, et al.,
>  Defendants - Appellees
>
> ---
>
> District Court No: 1:07-cv-07232
> Clerk/Agency Rep Michael Dobbins
> District Judge George Lindberg
> Court Reporter Brooke Wilson
>
> Date NOA filed in District Court: 08/07/2008

If you have any questions regarding this appeal, please call this office.

CC:

Michael W. Dobbins, Brooke Wilson