

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

August 29, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Chapman v. Village of Hinsdale Illinois, The et al

U.S.D.C. DOCKET NO. : 07cv7232

U.S.C.A. DOCKET NO. : 08-3020

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)             1 Volume of Pleadings

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                             Very truly yours,

                                             Michael W. Dobbins, Clerk

                                             By:_____
                                                 G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Chapman v. Village of Hinsdale Illinois, The et al

USDC NO.    : 07cv7232

USCA NO.    : 08-3020

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of August 2008.

        MICHAEL W. DOBBINS, CLERK

By: _____
    G. Jones, Deputy Clerk

APPEAL, BROWN, REOPEN, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07232
## Internal Use Only

Chapman v. Village of Hinsdale Illinois, The et al
Assigned to: Honorable George W. Lindberg

Case in other court:   08-03020

Cause: 42:1985 Civil Rights

Date Filed: 04/19/2007
Date Terminated: 06/23/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lamar C Chapman, III**     represented by  **Lamar C Chapman, III**
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
P.O. Box 5232
Oak Brook, IL 60523-5232
(630) 881-1936
PRO SE

V.

**Defendant**

**Village of Hinsdale Illinois, The**     represented by  **Russell W. Hartigan**
*an Illinois Municiple Corporation*
Hartigan & O'Connor, P.C.
20 North Clark Street
1250
Chicago, IL 60602
(312) 201-8880
Email: rwhartigan@hartiganlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Russell Hartigan**
Hartigan & O'Connor P.C.
20 North Clark Street

        Suite 1250
        Chicago, IL 60602
        (312) 201-8880
        Email: mhartigan@hartiganlaw.com
        *ATTORNEY TO BE NOTICED*

        **Patrick Halpin O'Connor**
        Hartigan & O'Connor P.C.
        20 North Clark Street
        Suite 1250
        Chicago, IL 60602
        (312) 201-8880
        Email: patoconnor@hartiganlaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Hinsdale Police Department, The**  represented by **Russell W. Hartigan**
*TERMINATED: 04/30/2008*    (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Michael Russell Hartigan**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Patrick Halpin O'Connor**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Others**
*TERMINATED: 04/30/2008*

**Defendant**

**Diane Heath**  represented by **Jonathan C. Haile**
        United States Attorney's Office (NDIL)
        219 South Dearborn Street
        Suite 500
        Chicago, IL 60604
        (312) 353-5300

        Email: jonathan.haile@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Simpson**    represented by **Russell W. Hartigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Russell Hartigan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Halpin O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Leuver**    represented by **Russell W. Hartigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Russell Hartigan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Halpin O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence Bloom**    represented by **Russell W. Hartigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Russell Hartigan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Halpin O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2007 | 1 | RECEIVED Complaint and 1 copies by Lamar C Chapman, III. (gcy, ) (Entered: 12/27/2007) |
| 04/19/2007 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 12/27/2007) |
| 01/14/2008 | 3 | WAIVER OF SERVICE returned executed by The Village of Hinsdale Police Department. The Village of Hinsdale Police Department waiver sent on 5/17/07, answer due 7/16/07; Notice. (mjc, ) (Entered: 01/17/2008) |
| 01/18/2008 | 4 | MOTION by Plaintiff Lamar C Chapman, III to issue summons of the court (Exhibits). (Poor Quality Original - Paper Document on File.) (ar, ) (Entered: 01/22/2008) |
| 01/18/2008 | 5 | NOTICE of Motion by Lamar C Chapman, III for presentment of his motion to issue summons of the court 4 before Honorable George W. Lindberg on 1/23/2008 at 09:30 AM. (ar, ) (Entered: 01/22/2008) |
| 01/18/2008 | 6 | NOTICE by Lamar C Chapman, III, regarding his motion to issue summons of the court 4 . (ar, ) (Entered: 01/22/2008) |
| 01/22/2008 | 7 | MINUTE entry before Judge George W. Lindberg :Plaintiff having failed to pay the required filing fee and failed to file an application to proceed informa pauperis the action is terminated. All pending motions are denied. Mailed notice (slb, ) (Entered: 01/22/2008) |
| 01/23/2008 | 8 | MOTION by plaintiff Lamar C Chapman, III to reinstate above-captioned lawsuit. (mjc, ) (Entered: 01/24/2008) |
| 01/23/2008 | 9 | NOTICE of Motion by Lamar C Chapman, III for presentment of motion to reinstate the above-captioned lawsuit 8 before Honorable George W. Lindberg on 1/30/2008 at 09:30 AM. (mjc, ) (Entered: 01/24/2008) |
| 01/30/2008 | 10 | MINUTE entry before Judge George W. Lindberg : Motion hearing held on plaintiff's motion to reinstate case. Plaintiff's motion to reinstate case is granted. Civil case reinstated. Status hearing set for 2/21/2008 at 09:00 a.m. Mailed notices (gcy, ) (Entered: 01/31/2008) |
| 02/08/2008 | 11 | RENEWED MOTION by plaintiff Lamar C Chapman, III to issue the summons of this court. (mjc, ) (Entered: 02/11/2008) |
| 02/08/2008 | 12 | NOTICE of Motion by Lamar C Chapman, III for presentment of renewed motion to issue the summons of this court 11 before Honorable George W. |

| | | |
|---|---|---|
| | | Lindberg on 2/13/2008 at 09:30 AM. (mjc, ) (Entered: 02/11/2008) |
| 02/11/2008 | 13 | MINUTE entry before Judge George W. Lindberg : Hearing reset to 2/21/2008 at 9:30 a.m. on plaintiff's renewed motion to issue the summons of this court (11). No court appearance required on 2/13/2008.Mailed notice (mjc, ) (Entered: 02/11/2008) |
| 02/21/2008 | 14 | MINUTE entry before Judge George W. Lindberg : Status hearing held and continued to 2/27/2008 at 9:30a.m. RENEWED MOTION by plaintiff Lamar C Chapman, III to issue the summons of this court is granted.Mailed notice (slb, ) (Entered: 02/21/2008) |
| 02/27/2008 | 15 | MINUTE entry before Judge George W. Lindberg : Status hearing held and continued to 3/19/2008 at 9:30a.m.Mailed notice (slb, ) (Entered: 02/27/2008) |
| 03/06/2008 | 16 | ATTORNEY Appearance for Defendants Village of Hinsdale Illinois, The, Hinsdale Police Department, The by Patrick Halpin O'Connor (O'Connor, Patrick) (Entered: 03/06/2008) |
| 03/06/2008 | 17 | JURY Demand by Village of Hinsdale Illinois, The, Hinsdale Police Department, The (O'Connor, Patrick) (Entered: 03/06/2008) |
| 03/06/2008 | 18 | WAIVER OF SERVICE returned executed as to the Hinsdale Police Department, waiver sent on 2/25/08, answer due 4/25/08 (O'Connor, Patrick) (Text modified by the Clerk's Office on 3/6/2008) (cdy, ). (Entered: 03/06/2008) |
| 03/06/2008 | 19 | WAIVER OF SERVICE returned executed as to The Village of Hinsdale Illinois, waiver sent on 2/25/08, answer due 4/25/08. (O'Connor, Patrick) (Text modified by Clerk's Office on 3/6/2008) (cdy, ). (Entered: 03/06/2008) |
| 03/06/2008 | 20 | ATTORNEY Appearance for Defendants Village of Hinsdale Illinois, The, Hinsdale Police Department, The by Russell W. Hartigan (Hartigan, Russell) (Entered: 03/06/2008) |
| 03/06/2008 | 21 | ATTORNEY Appearance for Defendants Village of Hinsdale Illinois, The, Hinsdale Police Department, The by Michael Russell Hartigan (Hartigan, Michael) (Entered: 03/06/2008) |
| 03/06/2008 | 22 | NOTICE by Village of Hinsdale Illinois, The, Hinsdale Police Department, The re attorney appearance 20 , jury demand 17 , waiver of service executed 18 , attorney appearance 16 , attorney appearance 21 , waiver of service executed 19 (O'Connor, Patrick) (Entered: 03/06/2008) |
| 03/07/2008 | 23 | MOTION by Defendants Village of Hinsdale Illinois, The, Hinsdale Police Department, The to dismiss (Attachments: # 1 Exhibit "A" - "G"# 2 Exhibit "H" - "M")(O'Connor, Patrick) (Entered: 03/07/2008) |
| 03/07/2008 | 24 | NOTICE of Motion by Patrick Halpin O'Connor for presentment of motion to dismiss 23 before Honorable George W. Lindberg on 3/19/2008 at 09:30 AM. (O'Connor, Patrick) (Entered: 03/07/2008) |

| | | |
|---|---|---|
| 03/13/2008 | 25 | MINUTE entry before Judge George W. Lindberg : Response due 4/2/2008 to the motion by Defendants Village of Hinsdale Illinois and The Hinsdale Police Department to dismiss. Reply due 4/9/2008. Ruling set for 5/14/2008 at 9:30a.m.Mailed notice (slb, ) (Entered: 03/13/2008) |
| 03/19/2008 | 26 | MINUTE entry before Judge Honorable George W. Lindberg: Status hearing held and continued to 4/30/2008 at 9:30a.m. Leave of court is given to the plaintiff to file an amended complaint on or before 3/24/2008. Answer to the amended complaint to be filed on or before 4/18/2008.Mailed notice (slb, ) (Entered: 03/19/2008) |
| 03/27/2008 | 27 | MOTION by plaintiff Lamar C Chapman, III for leave to file first amended complaint instanter. (mjc, ) (Entered: 03/27/2008) |
| 03/27/2008 | 28 | NOTICE of Motion by Lamar C Chapman, III for presentment of plaintiff's motion for leave to file first amended complaint, instanter 27 before Honorable George W. Lindberg on 5/14/2008 at 09:30 AM. (mjc, ) (Entered: 03/27/2008) |
| 03/31/2008 | 29 | MOTION by plaintiff Lamar C Chapman, III for leave to voluntaily dismiss defendant Hinsdale Police Department. (mjc, ) (Entered: 03/31/2008) |
| 03/31/2008 | 30 | NOTICE of Motion by Lamar C Chapman, III for presentment of plaintiff's motion for leave to voluntarily dismiss defendant The Village of Hinsdale Police Department 29 before Honorable George W. Lindberg on 5/14/2008 at 9:30 a.m. (mjc, ) (Entered: 03/31/2008) |
| 04/25/2008 | 31 | NOTICE by Russell W. Hartigan of Change of Address (Hartigan, Russell) (Entered: 04/25/2008) |
| 04/30/2008 | 32 | MINUTE entry before Judge Honorable George W. Lindberg: Status hearing held. Plaintiff's motion for leave to file first amended complaint (27) instanter is granted.Plaintiff's motion for leave to voluntarily dismiss Hinsdale Police Department (29) is granted. Plaintiff's request to dismiss Unknown others is granted. Defendants' answer to the amended complaint to be filed on or before 5/5/2008. Defendants' motion to dismiss due 5/5/2008. Plaintiff's response to the motion(s) to dismiss due 5/19/2008. Reply due 5/26/2008. Ruling set for 6/25/2008 at 9:30 a.m. Hinsdale Police Department, The and Unknown Others terminated.Mailed notice (mjc, ) (Entered: 05/01/2008) |
| 05/01/2008 | 33 | SUMMONS Issued as to Defendant Diane Heath (mjc, ) (Entered: 05/02/2008) |
| 05/01/2008 | 34 | AMENDED complaint by Lamar C Chapman, III against all defendants. Notice.(Exhibits) (kj, ) (Entered: 05/05/2008) |
| 05/02/2008 | 35 | ALIAS Summons Issued as to Diane Heath. (kjc, ) (Entered: 05/05/2008) |
| 05/05/2008 | 36 | MOTION by Defendants Village of Hinsdale Illinois, The, Hinsdale Police Department, The to dismiss *Plaintiff's First Amended Complaint* |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A-E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H-M, # 5 Notice of Filing)(O'Connor, Patrick) (Entered: 05/05/2008) |
| 05/08/2008 | 37 | MOTION by Plaintiff Lamar C Chapman, III for extension of time to serve summons, or in the alternative MOTION to accept defenants' open-court waiver of service of summons. (gcy, ) (Entered: 05/09/2008) |
| 05/08/2008 | 38 | NOTICE of Motion by Lamar C Chapman, III for presentment of plaintiff's motion extension of time or in the alternative to accept defendants' open court waiver of service of summons 37 before Honorable George W. Lindberg on 5/14/2008 at 09:30 AM. (gcy, ) (Entered: 05/09/2008) |
| 05/09/2008 | 39 | ATTORNEY Appearance *for Kevin Simpson, Charles Leuver and Bradley Bloom, incorrectly sued as Lawrence Bloom* (Hartigan, Russell) (Entered: 05/09/2008) |
| 05/09/2008 | 40 | JURY Demand by Kevin Simpson, Charles Leuver, Lawrence Bloom (Hartigan, Russell) (Entered: 05/09/2008) |
| 05/09/2008 | 41 | WAIVER OF SERVICE returned executed by Kevin Simpson. Kevin Simpson waiver sent on 3/31/2008, answer due 5/30/2008. (Hartigan, Russell) (Entered: 05/09/2008) |
| 05/09/2008 | 42 | WAIVER OF SERVICE returned executed by Lawrence Bloom. Lawrence Bloom waiver sent on 3/31/2008, answer due 5/30/2008. (Hartigan, Russell) (Entered: 05/09/2008) |
| 05/09/2008 | 43 | ATTORNEY Appearance for Defendants Kevin Simpson, Charles Leuver, Lawrence Bloom by Patrick Halpin O'Connor (O'Connor, Patrick) (Entered: 05/09/2008) |
| 05/09/2008 | 44 | ATTORNEY Appearance for Defendants Kevin Simpson, Charles Leuver, Lawrence Bloom by Michael Russell Hartigan (Hartigan, Michael) (Entered: 05/09/2008) |
| 05/09/2008 | 45 | NOTICE by Kevin Simpson, Charles Leuver, Lawrence Bloom re attorney appearance 43 , attorney appearance 44 , waiver of service executed 42 , jury demand 40 , attorney appearance 39 , waiver of service executed 41 (Hartigan, Russell) (Entered: 05/09/2008) |
| 05/12/2008 | 46 | WAIVER OF SERVICE returned executed by Charles Leuver. Charles Leuver waiver sent on 3/31/2008, answer due 5/30/2008. (Attachments: # 1 Notice of Filing)(Hartigan, Russell) (Entered: 05/12/2008) |
| 05/14/2008 | 47 | MINUTE entry before Judge Honorable George W. Lindberg: MOTION by Plaintiff Lamar C Chapman, III for extension of time to serve summons, or in the alternative MOTION to accept defendants' open-court waiver of service of summons is withdrawn.Mailed notice (slb, ) (Entered: 05/14/2008) |
| 05/14/2008 | 50 | ALIAS SUMMONS Returned Executed by Lamar C Chapman, III as to Diane Heath served on 5/8/2008, answer due 7/7/2008. (mjc, ) (Entered: |

| | | |
|---|---|---|
| | | 05/16/2008) |
| 05/15/2008 | 48 | MOTION by Defendants Kevin Simpson, Charles Leuver, Lawrence Bloomto adopt motion to dismiss *of Village of Hinsdale* (O'Connor, Patrick) (Entered: 05/15/2008) |
| 05/15/2008 | 49 | NOTICE of Motion by Patrick Halpin O'Connor for presentment of motion for miscellaneous relief 48 before Honorable George W. Lindberg on 5/21/2008 at 09:30 AM. (O'Connor, Patrick) (Entered: 05/15/2008) |
| 05/16/2008 | 51 | MINUTE entry before the Honorable George W. Lindberg: Defendants Simpson, Leuver and Bloom motion to adopt motion to dismiss of defendant Village of Hinsdale 48 is granted. The motion to dismiss 23 is mooted by the filing of the amended complaint. The motion to dismiss the first amended complaint 36 remains pending and is being briefed. No court appearance required on 5/21/2008. Mailed notice (slb, ) (Entered: 05/16/2008) |
| 05/19/2008 | 52 | MOTION by plaintiff Lamar C Chapman, III for consolidated briefing or in the alternative motion for leave to file response to defendants' motion to dismiss instanter. (mjc, ) (Entered: 05/20/2008) |
| 05/19/2008 | 53 | NOTICE of Motion by plaintiff Lamar C Chapman, III for presentment of motion for consolidated briefing or in the alternative motion for leave to file response to motion to dismiss instanter 52 before Honorable George W. Lindberg on 5/28/2008 at 09:30 AM. (mjc, ) (Entered: 05/20/2008) |
| 05/20/2008 | 54 | MINUTE entry before the Honorable George W. Lindberg:Plaintiffs motion for consolidated briefing or in the alternative motion for leave to file response to motion to dismiss instanter 52 is granted in part. There is a single motion to dismiss the first amended complaint pending, which was filed by the defendants in the case at the time of its filing and adopted by defendants who have entered the case subsequently. It was and is the courts intention that plaintiff file a single response to that motion to dismiss. Plaintiff is granted leave to serve and file his response to the motion to dismiss on or before 5/27/2008. Defendants reply is due 6/3/2008. No court appearance is required on 5/28/2008. Mailed notice (ca, ) (Entered: 05/21/2008) |
| 05/27/2008 | 55 | RESPONSE by plaintiff Lamar C Chapman, III, Objections and memorandum to Hinsdale defendants' motion to dismiss [52; Notice. (mjc, ) (Entered: 05/30/2008) |
| 05/30/2008 | 58 | SUMMONS Returned Executed by Lamar C Chapman, III as to Diane Heath on 5/8/08, answer due 7/7/08. (mjc, ) (Entered: 06/03/2008) |
| 06/02/2008 | 56 | MINUTE entry before the Honorable George W. Lindberg:Plaintiff's motion for consolidated briefing, etc. 52 was ruled on by minute order of 5/20/2008 54 which granted it in part.Mailed notice (slb, ) (Entered: 06/02/2008) |
| 06/03/2008 | 57 | DESIGNATION of Jonathan C. Haile as U.S. Attorney for Defendant Diane Heath (Haile, Jonathan) (Entered: 06/03/2008) |

| | | |
|---|---|---|
| 06/03/2008 | 59 | REPLY by Defendants Kevin Simpson, Charles Leuver, Lawrence Bloom, Village of Hinsdale Illinois, The to motion to dismiss, 36 , response to motion 55 (Attachments: # 1 Exhibit Exhibit "A", # 2 Notice of Filing)(O'Connor, Patrick) (Entered: 06/03/2008) |
| 06/09/2008 | 60 | MOTION by plaintiff Lamar C Chapman, III for leave to file sur-reply to Hinsdale defendants' reply to plaintiff's response to Hinsdale defendants' motion to dismiss instanter;(Exhbits). (mjc, ) (Entered: 06/10/2008) |
| 06/09/2008 | 61 | NOTICE of Motion by plaintiff Lamar C Chapman, III for presentment of motion for leave to file sur-reply instanter 60 before Honorable George W. Lindberg on 6/25/2008 at 09:30 AM. (mjc, ) (Entered: 06/10/2008) |
| 06/23/2008 | 62 | MINUTE entry before the Honorable George W. Lindberg:Plaintiff's motion for leave to file sur-reply 60 is granted.Mailed notice (slb, ) (Entered: 06/23/2008) |
| 06/23/2008 | 63 | MINUTE entry before the Honorable George W. Lindberg: Defendants' motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) 36 is granted. Counts I-VII, and IX are dismissed with prejudice, Counts VIII and X are dismissed without prejudice. Judgment in favor of defendants and against plaintiff dismissing Counts I-VII and IX of plaintiff's amended complaint with prejudice and dismissing Counts VIII and X without prejudice, will be set forth in a separate document and entered in the civil docket. Fed. R. Civ. Civil case terminated. Mailed notice (slb, ) (Entered: 06/23/2008) |
| 06/23/2008 | 64 | MEMORANDUM Opinion and Order Signed by the Honorable George W. Lindberg on 6/23/2008:Mailed notice(slb, ) (Entered: 06/23/2008) |
| 07/02/2008 | 65 | MOTION by plaintiff Lamar C Chapman, III for reconsideration of the court's 6/23/08 order of dismissal. (Poor Quality Original - Paper Document on File.) (mjc, ) (Entered: 07/03/2008) |
| 07/02/2008 | 66 | NOTICE of Motion by Lamar C Chapman, III for presentment of plaintiff's motion for reconsideration of the 6/23/08 order of dismissal 65 before Honorable George W. Lindberg on 7/16/2008 at 09:30 AM. (mjc, ) (Entered: 07/03/2008) |
| 07/08/2008 | 67 | MINUTE entry before the Honorable George W. Lindberg:MOTION by plaintiff Lamar C. Chapman, III for reconsideration of the court's 6/23/08 order of dismissal will be ruled on by mail. No court appearance is required on 7/16/2008.Mailed notice (slb, ) (Entered: 07/08/2008) |
| 07/25/2008 | 68 | MINUTE entry before the Honorable George W. Lindberg: Plaintiff Lamar C. Chapman III's motion to reconsider is denied. Mailed notice (slb, ) (Entered: 07/25/2008) |
| 07/25/2008 | 69 | MEMORANDUM Opinion and Order Signed by the Honorable George W. Lindberg on 7/25/2008:Mailed notice(slb, ) (Entered: 07/25/2008) |

| | | |
|---|---|---|
| 08/07/2008 | 70 | NOTICE of appeal by Lamar C Chapman, III regarding orders 64 , 69 , 63 , 68 . (Fee Due). (gej, ) (Entered: 08/08/2008) |
| ~~08/08/2008~~ | ~~71~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 70 . Notified counsel (gej, ) (Entered: 08/08/2008)~~ |
| ~~08/08/2008~~ | ~~72~~ | ~~NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 08/08/2008)~~ |
| ~~08/11/2008~~ | ~~73~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 70 ; USCA Case No. 08-3020. (mjc, ) (Entered: 08/12/2008)~~ |
| ~~08/11/2008~~ | ~~74~~ | ~~CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 08/12/2008)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**